IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUNDRA HOWARD,

    Plaintiff,

vs.                         CASE NO. 1:07CV214-SPM/AK

NATIONAL HOUSING PARTNERSHIP,
et al,

    Defendants.

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendants' Unopposed Motion for extension of Time to respond to the complaint. (Doc. 7). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendants shall have through **February 7, 2008**, to respond to the complaint.

**DONE AND ORDERED** this __23rd__ day of January, 2008.

                                                               s/ A. KORNBLUM
                                                               ALLAN KORNBLUM
                                                               UNITED STATES MAGISTRATE JUDGE