IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUNDRA HOWARD,

    Plaintiff,

vs.                        CASE NO.: 1:07cv214-SPM/AK

NATIONAL HOUSING PARTNERSHIP, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 22) advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 14th day of March, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge